AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

2008 JUN 26 PM 2:48
CLERK
U.S. DISTRICT



### SUMMONS IN A CIVIL CASE

J&J SPORTS PRODUCTIONS, INC.

CASE NUMBER:  08CV2584
JUDGE ASPEN

V.

ASSIGNED JUDGE: MAGISTRATE JUDGE SCHENKIER

Ricardo Zurita, indv. and d/b/a Sevilla's Tapas &
Bar, Inc., d/b/a Sevilla's Tapas & Bar and Sevilla's
Tapas & Bar, Inc., d/b/a Sevilla's Tapas & Bar

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Sevilla's Tapas & Bar, Inc., d/b/a Sevilla's Tapas & Bar
c/o Ricardo Zurita - Registered Agent
6535/6543 W. Cermak
Berwyn, Illinois  60402

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zane D. Smith & Associates, Ltd.
415 N. LaSalle Street - Suite 300
Chicago, Illinois  60610

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

-----------------------------------------                                                          **May 6, 2008**

**(By) DEPUTY CLERK**                                                                          Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| 08CV2584 | **RETURN OF SERVICE** Sevilla's Tapas and Bar Inc. |

| Service of the Summons and complaint was made by me[1] | DATE 5/16/08 |
| NAME OF SERVER *(PRINT)* Kevin McWilliams | TITLE Investigator |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant.  Place where served:
c/o JAVIER VAZQUEZ
6543 W. Cermak
Berwyn, IL C0402

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/16/08
_____
Date

_Signature of Server_
METRO SERVICE Inc

4647 W. 103rd St. Oak Lawn, IL 60453
_Address of Server_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.