AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

J&J SPORTS PRODUCTIONS, INC.

CASE NUMBER: 08CV2584

V.

ASSIGNED JUDGE: JUDGE ASPEN
MAGISTRATE JUDGE SCHENKIER

Ricardo Zurita, indv. and d/b/a Sevilla's Tapas & Bar, Inc., d/b/a Sevilla's Tapas & Bar and Sevilla's Tapas & Bar, Inc., d/b/a Sevilla's Tapas & Bar

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Ricardo Zurita
6535/6543 W. Cermak
Berwyn, Illinois 60402

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zane D. Smith & Associates, Ltd.
415 N. LaSalle Street - Suite 300
Chicago, Illinois 60610

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

_(signature)_

(By) DEPUTY CLERK



May 6, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| 08CV2584 | RETURN OF SERVICE Ricardo Zurita |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 5/16/08 |
| NAME OF SERVER (PRINT) Kevin McWilliams | TITLE Investigator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): c/o JAVIER VASQUEZ — MANAGER OF SER VILLA'S TAPAS AND BAR INC  SUBSTITUTE SERVICE FOR RICARDO ZURITA  6543 W CERMAK BERWYN ILLINOIS 60402

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/16/08
Date

Signature of Server

4647 W. 103rd St. Oak Lawn, IL 60453
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.